# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 1:02cr00482-001 |
| | ) | |
| **Plaintiff,** | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ARTHUR HENDRICKS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on June 20, 2013, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Darin Thompson.

The violation report was referred to Magistrate Judge William H. Baughman, Jr., for a Report and Recommendation which was filed on May 31, 2013 [Doc. 63]. No objections to the Report and Recommendation were filed by the parties.

The Court, after entertaining statements from counsel for the parties, the supervising officer and the defendant, found that the following terms of supervision had been violated:

    1) unlawful drug use.

The Court accepted a recommendation to place defendant in an intensive drug treatment outpatient program. The Court continued defendant's supervised release under the conditions

earlier imposed with the additional condition that he successfully complete an intensive drug treatment program.

**IT IS SO ORDERED.**


Dated: June 2, 2013                  *s/ James S. Gwin*
                                            JAMES S. GWIN
                                            UNITED STATES DISTRICT JUDGE